1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| 10    JUAN CHAVEZ, | Case No.  1:13-cv-00342-AWI-SKO PC |
| 11          Plaintiff, | ORDER DIRECTING THAT ACTION PROCEED AGAINST DEFENDANT |
| 12      v. | CASTRO FOR EXCESSIVE FORCE, ASSAULT, AND BATTERY, AND |
| 13    KINGS COUNTY, et al., | DISMISSING OTHER CLAIMS AND PARTIES |
| 14         Defendants. | (Docs. 1, 7, and 8) |

15
16          ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS

17 _____/

18

19        Plaintiff Juan Chavez, a state prisoner proceeding pro se and in forma pauperis, filed this

20 civil rights action pursuant to 42 U.S.C. § 1983 and California law on March 13, 2013.   On

21 October 30, 2013, the Magistrate Judge screened Plaintiff's complaint and determined that it

22 stated cognizable claims for relief against Defendant E. Castro for using excessive physical force,

23 in violation of the Eighth Amendment of the United States Constitution, and for assault and

24 battery under state law.   28 U.S.C. § 1915A.   The Magistrate Judge found that Plaintiff's

25 complaint did not state any other claims for relief against any other parties.  Plaintiff was ordered

26 to either file an amended complaint or notify the Court of his willingness to proceed against

27 Defendant Castro on those claims found to be cognizable.

28 ///

On November 20, 2013, Plaintiff filed a notice stating that he does not wish to file an amended complaint and he agrees to proceed only against Defendant Castro.  Accordingly, based on Plaintiff's notice, the Court HEREBY ORDERS as follows:

1.   This action shall proceed against Defendant E. Castro for excessive force in violation of the Eighth Amendment and for assault and battery under California law;

2.   All other claims are dismissed from this action for failure to state a claim;

3.   Defendants Kings County; California Department of Corrections and Rehabilitation; Warden Gibson; Lieutenant J. Keener; Sergeants J. Gonzales and L. A. Martinez; and Correctional Officers H. Florez, B. Simmons, and S. Longoria are dismissed from this action for failure to state a claim; and

4.   This action is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

Dated:   November 21, 2013

_____
SENIOR  DISTRICT  JUDGE