# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CHAVEZ, | Case No. 1:13-cv-00342-AWI-SKO (PC) |
| Plaintiff, | ORDER ASSIGNING ACTION TO UNITED STATES MAGISTRATE JUDGE SHEILA K. OBERTO |
| v. | |
| KINGS COUNTY, et al., | (Docs. 19 and 25) |
| Defendants. | |

All parties to this action have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment. 28 U.S.C. § 636(c). (Docs. 19, 25.)

Accordingly, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 636(c), this action is assigned to United States Magistrate Judge Sheila K. Oberto, for all purposes within the meaning of § 636(c);

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Sheila K. Oberto; and

3. The new case number shall be 1:13-cv-00342-SKO (PC).

IT IS SO ORDERED.

Dated:  April 24, 2015                                    _____
                                                          SENIOR  DISTRICT  JUDGE