# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUAN CHAVEZ,

        Plaintiff,

        v.

KINGS COUNTY, et al.,

        Defendants.

_____/

Case No.  1:13-cv-00342-SKO (PC)

ORDER REQUIRING DEFENDANT TO SUBMIT ENTIRE DEPOSITION TRANSCRIPT IN COMPLIANCE WITH LOCAL RULE 133(J) ON OR BEFORE JANUARY 12, 2016

(Doc. 31)

On May 6, 2015, Defendant Castro ("Defendant") filed a motion for summary judgment, and he included the excerpts from Plaintiff's deposition relied on to support his motion.  (Doc. 38.)  However, Local Rule 133(j) requires Defendant to submit the entire deposition transcript. Accordingly, Defendant is HEREBY ORDERED to comply with Local Rule 133(j) by submitting the entire transcript in hard copy or via email on or before January 12, 2016.[1]

IT IS SO ORDERED.

Dated:  __January 5, 2016__          _____ **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE

_____
[1] skoorders@caed.uscourts.gov