# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00342-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS FOR COPIES OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>(Doc. 46) |

　　　　Plaintiff, Juan Chavez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 8, 2015, Plaintiff filed a motion requesting copies of his and Defendants' motions for summary judgment.  (Doc. 46.)  Plaintiff indicates that he was transferred from California Substance Abuse Treatment Facility in Corcoran, California to Centinela State Prison in Imperial, California.  (*Id.*)  Though his legal materials were transferred with him, portions have been damaged and are no longer legible.  (*Id.*)  Plaintiff indicates that he requires copies of the motions for summary judgment filed in this case to assess whether a settlement conference would be beneficial.  (*Id.*)

　　　　Though it is unusual and not required to provide an inmate copies of documents that he has previously been served and/or possessed, an exception will be made in this one instance.

　　　　Accordingly, it his HEREBY ORDERED that Plaintiff's motion to be served copies of the motions for summary judgment in this case, filed on April 11, 2016, is GRANTED and the Clerk's Office is directed to send Plaintiff a copy of both motions for summary judgment that were filed in this action (Docs. 28, 36).

IT IS SO ORDERED.

Dated: __**April 12, 2016**__　　　　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE