# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KINGS COUNTY, et al.,<br><br>        Defendants. | 1:13-cv-00342-SKO (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE ON SEPTEMBER 8, 2016 AT 10:00 A.M.<br><br>(Doc. 56) |

Plaintiff, Juan Chavez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 4, 2016, this matter was set for a settlement conference on September 8, 2016 at 10:00 a.m.  (Doc. 55.)  On August 15, 2016, the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse for the settlement conference.  (Doc. 56.)  The settlement conference was recently continued to December 9, 2016.  (Doc. 57.)

Accordingly, Plaintiff, Juan Chavez CDCR #H-16333, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to Plaintiff is HEREBY VACATED.[1]

IT IS SO ORDERED.

Dated:   **August 17, 2016**                      /s/ *Sheila K. Oberto*

                                         UNITED STATES MAGISTRATE JUDGE

---

[1] A new writ of habeas corpus ad testificandum will issue before the new settlement conference date.

1