# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00342-SKO (PC)<br><br>**ORDER ON DEFENDANT'S NOTICE DECLINING MAGISTRATE JUDGE JURISDICTION**<br><br>**(Doc. 63)** |

Plaintiff, Juan Chavez, a state prisoner proceeding *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 16, 2010. This action for damages is proceeding on Plaintiff's complaint against Defendant Castro for excessive force in violation of the Eighth Amendment for an incident that occurred during the quelling of a prison riot on March 27, 2012. Both parties consented to jurisdiction of a United States Magistrate Judge. (Docs. 19, 25.) This action is currently scheduled for trial before the undersigned on July 9, 2017. (Doc. 62.) On January 4, 2017, Defendant filed a form indicating that he now declines jurisdiction of United States Magistrate Judge which is construed as a motion to revoke his consent to Magistrate Judge jurisdiction. (Doc. 63.)

Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), it can be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993). Defendant has made no such showing. His motion is, therefore, denied.

///

1  Accordingly, it is HEREBY ORDERED that Defendant's motion regarding jurisdiction of
2  United States Magistrate Judge, filed on January 4, 2017, is hereby DENIED.

4  IT IS SO ORDERED.

5  Dated:   **January 9, 2017**                       /s/ *Sheila K. Oberto*
6                                                    UNITED STATES MAGISTRATE JUDGE